McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>AUDREY RENEE BELL,<br>    Aka Star Bell,<br>SHARON DENESE HUBBS, and<br>TERRI LOUISE ROSS,<br><br>              Defendants. | CASE NO.  CR-S-07-0047 LKK<br><br>ORDER EXCLUDING TIME<br><br><br><br><br>COURT: Hon. Lawrence K. Karlton |

Following a status conference on September 11, 2007, the court granted the unopposed request for a continuance, made by counsel for defendant Terri Louise Ross.

This case was therefore scheduled for a change of plea hearing on September 25, 2007.  Time for trial under the Speedy Trial Act is excluded between September 11, 2007, and September 25, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A), and (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO ORDERED.**

Dated: September 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT